NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS L. LINDSEY, JR.,                 )
                                          )
                 Appellant,               )
                                          )
v.                                        )    Case No.  2D17-708
                                          )
STATE OF FLORIDA,                         )
                                          )
                 Appellee.                )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Pinellas County; Thane B. Covert,
Judge.

Howard L. Dimmig, II, Public
Defender, and Carol J. Y. Wilson,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


KELLY, BADALAMENTI, and SMITH, JJ., Concur.